FILED
December 4, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KINAYAHNAILAH LAYES LATSON<br><br>Defendant. | Case No. 2:23-mj-00153-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KINAYAHNAILAH LAYES LATSON</u> Case No. <u>2:23-mj-00153-AC</u> Charges <u>18 USC § 922(g)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $  25,000.00 co-signed by Ebony Johnson and Jo Ann Latson

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): _

Issued at Sacramento, California on December 4, 2023, at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE